# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

FRANK CORRENTE,
Petitioner

v.                                                          CA: 06-271T

UNITED STATES OF AMERICA,
Respondent

## ORDER

The Government is hereby ordered to file its response to the plaintiff's "Motion Under 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody," on or before **JULY 14th, 2006.**

Entered as an Order of this Court:

_____
DEPUTY CLERK

ENTER:

_____
ERNEST C. TORRES
United States Chief Judge

DATE: 6/12/06