UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

FRANK E. CORRENTE

V. CV. NO. 06-271 T

UNITED STATES OF AMERICA

MOTION TO WITHDRAW MOTION UNDER 28 U.S.C. § 2255

Petitioner in the above captioned case hereby requests to voluntarily withdraw Motion under 28 U.S.C. § 2255 submitted on June 5, 2006.

Respectfully submitted,

Frank E. Corrente
Reg. No. 04896-070
FMC Devens Camp
P.O. Box 879
Ayer, MA. 01432-0879

GRANTED

Ernest C. Torres
Chief, US District Judge

6/30/06